No. 76–1168. ARIZONA ET AL. v. WASHINGTON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–5856. HOLLOWAY ET AL. v. ARKANSAS. Sup. Ct. Ark. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 76–795. TAYLOR v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 76–825. LA DUCA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–869. DEFALCO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–877. RYAN v. UNITED STATES; and
No. 76–898. WILSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 548 F. 2d 782.

No. 76–905. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES ET AL. v. ALEXANDER, SECRETARY OF THE ARMY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–914. C. I. MORTGAGE GROUP ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO (BANKAMERICA REALTY SERVICES, INC., REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–943. CANNADY v. NORTH CAROLINA WILDLIFE RESOURCES COMMISSION ET AL. Ct. App. N. C. Certiorari denied.